IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.R. NO. C-08-804-2 |
| | § | |
| IAN PATRICK RAMOS | § | |

## ORDER OF DETENTION PENDING TRIAL

On December 9, 2008, a detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense for which a term of imprisonment carries a maximum term of five years pursuant to 18 U.S.C. § 371 and 18 U.S.C. § 513(a).

(2) There is probable cause to believe the defendant committed an offense for which a term of imprisonment carries a maximum term of five years pursuant to 18 U.S.C. § 1708 for taking mail from a United States Postal receptacle.

(3) There is probable cause to believe the defendant committed an offense for which a term of imprisonment carries a maximum term of fifteen years pursuant to 18 U.S.C. § 1028 for using the identification of another person.

(4) Defendant has not established any evidence that there are any conditions or combination of conditions that will reasonably assure the appearance of the defendant as required.

The evidence against defendant meets the probable cause standard.  The findings and

conclusions contained in the Pretrial Services Report, as well as the testimony by Postal Inspector Henry Herrera, Jr. and Ellen Ramos, are adopted.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 9th day of December 2008.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE